UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JERALD DIRK JENKINS,
    Plaintiff,

vs.                                    Case No.: 3:23cv9961/LAC/ZCB

BRIAN LEE MITCHELL, et al.,
    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on January 25, 2024. (Doc. 14). The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have ben filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 14) is adopted and incorporated by reference in this order.

2. Plaintiff's amended complaint (Doc. 13) is **DISMISSED** for failure to state a claim upon which relief can be granted under 28 U.S.C. §§ 1915(e)(2)(B)(ii), 1915A(b)(1).

3.  The Clerk of Court must enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 23rd day of February, 2024.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**